AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00107 |
| Joshua Ryan Dale | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 3/22/2024 |
|  | ) Description: Complaint W/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                    Joshua Ryan Dale                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1361 (Destruction of Government Property) ;
18 U.S.C. § 1751(a)(1) (Entering and Remaining in a Restricted Building or Grounds) ;
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) ;
18 U.S.C. § 1752(a)(4) (Act of Physical Violence in a Restricted Building or Grounds) ;
40 U.S.C. § 5104(e)(2)(D) (Disorderly or Disruptive Conduct in the Capitol Grounds or Building ) ;
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building ) ;

Date: 03/22/2024

*Issuing officer's signature*

City and state:  Washington, D.C.          G. Michal Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 03/27/2024, and the person was arrested on *(date)* 03/27/2024
at *(city and state)* Knoxville TN.

Date: 03/27/2024

*Arresting officer's signature*

Jessi Mann, Special Agent
*Printed name and title*