NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number  1:24-mj-00107

Joshua Ryan Dale
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☐ RETAINED          ☒ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Benjamin G. Sharp     VSB No. 47398
*(Attorney & Bar ID Number)*

Federal Defender Services of Eastern Tennessee, Inc.
*(Firm Name)*

800 S. Gay Street, Suite 2400
*(Street Address)*

Knoxville, TN 37929
*(City)     (State)     (Zip)*

865-637-7979
*(Telephone Number)*