UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 24-mj-107 (GMH) |
| | : | |
| **JOSHUA RYAN DALE** | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES' OPPOSITION TO MOTION TO
DEFENDANT'S MOTION TO CONTINUE**

The United States of America respectfully asks the Court to deny defendant Joshua Ryan Dale's motion for a continuance in light of the defendant's recent conduct. The defendant has been on pretrial supervision barely over a month and has already committed multiple violations, including lying to pretrial services and retaining prohibited weapons despite this Court's order.

The government is aware of the unique circumstances presented in this case, but respectfully believes that the hearing set for May 10, 2024 should be held so the Court, the government, and Pretrial Services can discuss the path forward and whether the defendant should remain on pretrial release. In the pretrial violation report, Pretrial Services recommended "program removal" for Dale. ECF 12, at 3. The circumstances discussed in the defendant's motion to continue do not change the basic facts of Dale's violations, which are many. The defendant, 1) lied about his home address to Pretrial Services, 2) continued to possess prohibited weapons, including two loaded *and chambered* firearms, crossbows and arrows, and a silencer, 3) lied about the weapons being his, then admitted they were, and 4) stated to the Pretrial Services Officer that if he were to receive a violation, he would abscond.

The government and defense did attempt to resolve this with the Eastern District of Tennessee Pretrial Services to place Dale on GPS monitoring to allow him to travel and give the Court and the government some assurance that the defendant would show up for a continued hearing. However, both the government and defense were informed that E.D. Tenn Pretrial Services did not have the capacity to accommodate that request. Given the defendants actions and statements, the government, at this time, opposes the motion to continue and requests the Court keep the in-person Status hearing set for May 10, 2024.

        Respectfully Submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    *s/ Kyle M. McWaters*
        Kyle M. McWaters
        Assistant United States Attorney
        D.C. Bar No. 241625
        601 D Street, NW
        Washington, DC 20530
        (202) 252-6983
        kyle.mcwaters@usdoj.gov