UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|        Plaintiff, ) | |
| v. ) | No. 1:24-MJ-00107-GMH |
| ) | |
| JOSHUA RYAN DALE ) | |
|        Defendant. ) | |

## STATUS REPORT

The Defendant, by and through counsel, hereby submits the following status report in the above-referenced case:

Funeral arrangements for Joshua Dale's sister, Ashleigh Dale, include the viewing currently scheduled Thursday, May 16, 2024, at the Quinn McGowen Funeral Home in Burgaw, North Carolina, and a private graveside service scheduled Friday, May 17, 2024. These arrangements have been confirmed by the funeral home. (Ms. Dale's obituary can be found here: https://www.quinnmcgowen.com/obituary/Ashleigh-Dale.)

Respectfully submitted this the 13th day of May, 2024.

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

BY:   s/*Benjamin G. Sharp*
        Benjamin G. Sharp
        VSB No. 47398
        Assistant Federal Defender
        800 S. Gay Street, Suite 2400
        Knoxville, TN 37929

COUNSEL FOR DEFENDANT