**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| v. ) | No. 1:24-MJ-00107-GMH |
| ) | |
| JOSHUA RYAN DALE ) | |
| Defendant. ) | |

**MOTION TO ALLOW MEDICAL TRAVEL**

The Defendant, Joshua Ryan Dale, by and through undersigned counsel, hereby moves the Court to modify his bond conditions to allow for medical travel as set forth below. For cause, Mr. Dale would show and state as follows:

1.  In the Order setting conditions of Release entered in this case, "Defendant must notify the Eastern District of Tennessee in advance of any travel outside of the Eastern District of Tennessee/Knoxville. Defendant must receive the Court approval before travel outside of the Continental United States." [Doc. 19, p. 2, (7)(f)].

2.  Mr. Dale has been residing in the Eastern District of Tennessee and has been monitored by the United States Probation Office in Knoxville throughout the pretrial stage of his case.

3.  Mr. Dale has a medical appointment scheduled for Friday, July 26, 2024, at 1:00 p.m. at Pelican Family Medicine, 5429 Wrightsville Avenue, Wilmington, NC 28403, Phone (910) 792-1001. He will need to begin travelling Thursday, July 25, 2024, at 1:00 p.m., for the seven-hour drive, and will return Friday, July 24, 2024, by curfew.

4.	Mr. Dale's supervision officer in Knoxville is agreeable to this medical travel. His supervision officer in Washington, DC defers to the Court.

WHEREFORE, Mr. Dale seeks an order modifying his bond conditions to allow for medical travel from the Eastern District of Tennessee to Wilmington, North Carolina from July 25th through July 26th, 2024.

Respectfully submitted this 24th day of July, 2024.

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

BY:	s/*Benjamin G. Sharp*
Benjamin G. Sharp
VSB No. 47398
Assistant Federal Defender
800 S. Gay Street, Suite 2400
Knoxville, TN 37929

COUNSEL FOR DEFENDANT