# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|         Plaintiff, ) | |
| v. ) | No. 1:24-MJ-00107-GMH |
| ) | |
| JOSHUA RYAN DALE ) | |
|         Defendant. ) | |

## **UNOPPOSED MOTION TO CONTINUE**

The Accused, Joshua Ryan Dale, by and through undersigned counsel, hereby moves the Court to continue the status hearing currently set for August 1, 2024, for a period of 45 days. The defendant requests that the hearing be conducted by video teleconference and waive any right to appear in person for the hearing. Government counsel has no objection to this request.

The Accused further requests the calculation of time for purposes of the Speedy Trial Act, 18 U.S.C. § 3161, be tolled between August 1, 2024, and the new status hearing date, as the parties are currently finalizing a proposed resolution to the case and the additional time is necessary in order for counsel to advise his client and confer with the Government regarding a potential resolution of this matter. Tolling of the Speedy Trial Act would best serve the interests and ends of justice and outweigh the interests of the public and defendants in a speedy trial pursuant to the factors described in 18 U.S.C. §3161(h)(7)(A), (B)(i), (ii), and (iv).

WHEREFORE, counsel for the Accused respectfully requests a continuance of the status hearing for an additional 45 days by video teleconference and toll the Speedy Trial Act between those dates finding that it would best serve the interests and ends of justice and outweigh the

1

interests of the public and defendants in a speedy trial pursuant to the factors described in 18 U.S.C. §3161(h)(7)(A), (B)(i), (ii), and (iv).

Respectfully submitted this 1st day of August, 2024.

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

BY:  s/*Benjamin G. Sharp*
Benjamin G. Sharp
VSB No. 47398
Assistant Federal Defender
800 S. Gay Street, Suite 2400
Knoxville, TN 37929

COUNSEL FOR DEFENDANT